IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLENE HODGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-00222-RAH |
| | ) |
| MUNICIPALITY OF DOTHAN, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER AND FINAL JUDGMENT

Pending before the Court is Defendants' *Motion for Entry of Final Judgment* (doc. 29) filed on September 30, 2024. In accordance with the order of the Court, entered in this case on September 25, 2024, the motion is due to be granted.

Accordingly, it is ORDERED as follows:

1. The motion (doc. 29) is **GRANTED**;

2. Final Judgment is entered in favor of Defendants, and against Plaintiff, and this case is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear their own costs.

3. The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE**, on this the 1st day of October 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE